IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

**SCOTTSDALE INSURANCE COMPANY, a foreign corporation.**

    **PLAINTIFF,**

v.                            CIVIL ACTION NO. **1:19-cv-177**

**JL CONTRACTING, LLC; DARAN FETTY; SUNNY FETTY; GAVIN JONES; DWIGHT T. STARN; BARBARA STARN; DEATRA A. FELTZ; LYNDA K. RILEY; CAROL A. MCCAULEY; and JASON P. MEZZANOTE,**

    **DEFENDANTS.**

### AGREED STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

Plaintiff and Defendants, by their respective undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby agree and stipulate to the dismissal of this action under Fed. R. Civ. P. 41(a)(1)(A)(ii).

WHEREFORE, the Parties respectfully request that this Court enter the foregoing Stipulation and dismiss this case, with each party bearing their own costs.

Dated: March 1, 2022.

Respectfully Submitted,

By: */s/ Ftemkos J. Yianne*
Thomas P. Mannion (WV State Bar #6994)
Ftemkos J. Yianne (WV State Bar # 8623)
LEWIS BRISBOIS BISGAARD & SMITH LLP
707 Virginia Street East, Suite 1400
Charleston, West Virginia 25301
304.553.0161 (T) / 304.932.0265 (F)
Tom.Mannion@lewisbrisbois.com
Tim.Yianne@lewisbrisbois.com
*Counsel for Scottsdale Insurance Company*

*/s/ Kenneth R. Miller, with permission*
Kenneth R. Miller, Esq. (WVSB #2558)
K. Alex Miller, Esq. (WVSB #9698)
Miller Law Offices, PLLC
P.O. Box 2116
936 East Park Avenue, Suite 2
Fairmont, WV  26555-2116
(304) 366-0822
millerlawofficeswv@gmail.com
*Counsel for Gavin Jones, Lynda K. Riley, Carol A. McCauley and Jason P. Mezzanotte*

*/s/ Brent P. Copenhaver, with permission*
Brent P. Copenhaver, Esq. (WVSB #4819)
Linkous Law, PLLC
179 Hanalei Drive, Suite 100
Morgantown, West Virginia 26508
(304) 554-2400
brent@linkouslawpllc.com
*Counsel for Deatra Feltz*

/s/ John Angotti, with permission
John Angotti, Esq. (WVSB #5068)
David J. Straface, Esq. (WVSB #3634)
Angotti & Straface, L.C.
274 Spruce Street
Morgantown, WV  26505
(304) 292-4381
johnangotti@hotmail.com
djstraface@frontier.com
*Counsel for Dwight T. Starn and Barbara F. Starn*


/s/ Teresa J. Dumire, with permission
Teresa J. Dumire, Esq. (WVSB #8032)
Kay Casto & Chaney PLLC
1085 Van Voorhis Road, Suite 100
Morgantown, WV  26505
(304) 225-0970
tdumire@kaycasto.com
*co-counsel for Daran Fetty and Sunny Fetty*


/s/ Brent K. Kesner, Esq., with permission
Brent K. Kesner, Esq.
Kesner & Kesner, PLLC
P. O. Box 2587
Charleston, WV  25329
bkesner@kesnerlaw.com
(304) 345-5265 (fax)
*Co-counsel for Daran Fetty and Sunny Fetty*